IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc.; Aaron Hall; and Therese Tran,<br><br>    Plaintiffs,<br><br> v.<br><br>Federal Energy Regulatory Commission; Chairman Richard Glick; Commissioner James Danly; Commissioner Allison Clements; Commissioner Mark C. Christie; Commissioner Willie L. Phillips; and Acting Chief Administrative Law Judge Andrew Satten,<br>in their official capacities,<br><br>    Defendants. | Civil Action No. 4:22-cv-04318<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
TOTALENERGIES GAS & POWER NORTH AMERICA, INC.**

  Plaintiff TotalEnergies Gas & Power North America, Inc. (TGPNA), by the undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, certifies that TGPNA is an indirect, wholly-owned subsidiary of TotalEnergies SE, a French company that is publicly-traded on the New York Stock Exchange.

Dated: December 13, 2022

Respectfully submitted,

                                                 */s/ William S. Scherman*

Collin J. Cox
  (Texas Bar No. 24031977)
  ccox@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
811 Main Street
Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620

William S. Scherman*
  *attorney-in-charge*
  (D.C. Bar No. 384860)
  wscherman@gibsondunn.com
Jonathan C. Bond*
  (D.C. Bar No. 1003728)
  jbond@gibsondunn.com
Jeffrey M. Jakubiak*
  (D.C. Bar No. 461178)
  jjakubiak@gibsondunn.com
Jason J. Fleischer*
  (D.C. Bar No. 978810)
  jfleischer@gibsondunn.com
Vladimir J. Semendyai*
  (D.C. Bar No. 1044217)
  vsemendyai@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Pro Hac Vice* Application Pending

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of December, 2022, I caused the foregoing Corporate Disclosure Statement to be filed with the Clerk of the Court for the U.S. District Court for the Southern District of Texas, Houston Division, via the Court's CM/ECF system. Service was accomplished on all parties via hand-delivery or certified mail.

                                                   */s/ William S. Scherman*
                                                    William S. Scherman