# EXHIBIT A

181 FERC ¶ 61,252
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Before Commissioners:  Richard Glick, Chairman;
                       James Danly, Allison Clements,
                       Mark Christie, and Willie Phillips.

| | |
|---|---|
| Total Gas & Power North America, Inc., Total, S.A., Total Gas & Power, Ltd., Aaron Hall, and Therese Tran f/k/a Nguyen | Docket No.  IN12-17-000 |

ORDER HOLDING PROCEEDING IN ABEYANCE

(Issued December 21, 2022)

1.     On April 28, 2016, the Commission issued an Order to Show Cause[1] directing TotalEnergies Gas & Power North America, Inc. (formerly known as Total Gas & Power North America, Inc.), along with Aaron Hall and Therese Tran (collectively, Respondents) to show cause why the Commission should not find that Respondents manipulated the price of natural gas at four locations in the Southwest United States between June 2009 and June 2012, in violation of the Natural Gas Act (NGA) section 4A and the Anti-Manipulation Rule.[2]

2.     On July 15, 2021, the Commission issued an Order Establishing Hearing.[3]  The Commission found that, based on its review of the 2016 Staff Report accompanying the Order to Show Cause and the pleadings filed subsequently in response to the Order to Show Cause, there remained genuine issues of fact material to the decision of this proceeding which required a hearing before an administrative law judge (ALJ).  The Commission held that the ALJ should determine whether Respondents violated NGA section 4A and the Commission's Anti-Manipulation Rule.

---

[1] *Total Gas & Power N. Am., Inc.*, 155 FERC ¶ 61,105 (2016) (Order to Show Cause).

[2] 15 U.S.C. § 717c-1; 18 C.F.R. § 1c.1 (2021) (Anti-Manipulation Rule).

[3] *Total Gas & Power N. Am., Inc.*, 176 FERC ¶ 61,026 (2021) (Hearing Order).

*(continued ...)*

Docket No. IN12-17-000                                                                                                          - 2 -

3.  The hearing before the ALJ is currently scheduled to begin January 23, 2023. On December 16, 2022, Respondents filed for a preliminary injunction in the United States District Court for the Southern District of Texas.[4] In order to allow for briefing and a decision on that motion, the proceeding in Docket No. IN12-17-000, shall be placed in abeyance for 90 days, and the hearing now scheduled to begin on January 23, 2023, shall commence no earlier than April 24, 2023.

The Commission orders:

The proceeding in this docket is hereby held in abeyance for 90 days, and the hearing before the ALJ currently scheduled to begin January 23, 2023, shall commence no earlier than April 24, 2023.

By the Commission.

( S E A L )

 

 

Kimberly D. Bose,
Secretary.

---

[4] Plaintiffs' Motion for Preliminary Injunction, *TotalEnergies Gas & Power N.A., Inc. v. FERC*, No. 4:22-cv-04318 (S.D. Tex., filed Dec. 16, 2022).