# EXHIBIT B

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| Total Gas & Power North America, Inc., Total, S.A., Total Gas & Power, Ltd., Aaron Hall, and Therese Tran f/k/a Nguyen | Docket No.  IN12-17-000 |

STATUS ORDER

(Issued December 22, 2022)

1. This Order is for informational purposes only. On December 21, 2022, the Federal Energy Regulatory Commission (Commission) issued an order holding the above-captioned proceeding in abeyance for ninety days.[1] Consequently, the procedural schedule in this proceeding has been suspended.

2. Upon expiration of the abeyance period, and if no other legal proceedings impacting this proceeding occur, I will schedule a prehearing conference to revise the procedural schedule. And as the Commission stated, in such revised schedule the hearing that was scheduled to begin on January 23, 2023, will commence no earlier than April 24, 2023.

SO ORDERED.

Suzanne Krolikowski
Presiding Administrative Law Judge

Digitally signed by SUZANNE KROLIKOWSKI
Date: 2022.12.22 11:53:48 -05'00'

---

[1] *Total Gas & Power N. Am., Inc.*, 181 FERC ¶ 61,252 (2022) (Order Holding Hearing in Abeyance).