# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc.; Aaron Hall; and Therese Tran,<br><br>    Plaintiffs,<br><br> v.<br><br>Federal Energy Regulatory Commission; Chairman Richard Glick; Commissioner James Danly; Commissioner Allison Clements; Commissioner Mark C. Christie;  Commissioner Willie L. Phillips; and Acting Chief Administrative Law Judge Andrew Satten, in their official capacities,<br><br>    Defendants. | No. 4:22-cv-4318<br><br>Hon. Lynn N. Hughes |

## PROPOSED ORDER ON STIPULATED SCHEDULE FOR BRIEFING AND JOINT MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the parties' Stipulated Schedule for Briefing and Joint Motion for Expedited Consideration of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED as follows:

Briefing on Plaintiffs' Motion for a Preliminary Injunction shall proceed in accordance with the stipulated schedule submitted by the parties.

The parties' joint motion for expedited consideration of Plaintiffs' Motion for a Preliminary Injunction is GRANTED.

SO ORDERED this ___ day of _____, _____.

                    _____
                    Hon. Lynn N. Hughes
                    United States District Judge