UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| TotalEnergies Gas & Power North America, Inc., et al., | § § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-22-4318 |
| Federal Energy Regulatory Commission, et al., | § § § § | |
| Defendants. | § | |

## Management Order

1. By February 6, 2023, the defendants may respond to the plaintiffs' motion for preliminary injunction,[1] filed on December 16, 2023.

2. By February 13, 2023, the plaintiffs may file a reply in support of their motion for preliminary injunction.

3. After February 13, 2023, the Court will consider the motion for preliminary injunction with expedience. (27)

Signed on December 27, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

---

[1] [Doc. 23].