UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc.; Aaron Hall; and Therese Tran,<br><br>     Plaintiffs,<br><br> v.<br><br>Federal Energy Regulatory Commission; Chairman Richard Glick; Commissioner James Danly; Commissioner Allison Clements; Commissioner Mark C. Christie; Commissioner Willie L. Phillips; and Acting Chief Administrative Law Judge Andrew Satten, in their official capacities,<br><br>     Defendants. | No. 4:22-cv-4318<br><br>Hon. Lynn N. Hughes |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

  The undersigned attorney for plaintiffs, TotalEnergies Gas & Power North America, Inc., Aaron Hall, and Therese Tran, previously affiliated with the law firm of Gibson, Dunn & Crutcher LLP, files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly. The new firm name and address for Jason J. Fleischer is as follows:

  Jason J. Fleischer
  D.C. Bar No. 978810
  Vinson & Elkins LLP
  2200 Pennsylvania Avenue NW
  Suite 500 West
  Washington, D.C. 20037
  Tel: 202.639.6554
  jfleischer@velaw.com

| | |
|---|---|
| Dated: February 3, 2023 | Respectfully submitted, |

                                                **VINSON & ELKINS LLP**

                                                */s/Jason J. Fleischer*

                                                Jason J. Fleischer
                                                D.C. Bar No. 978810
                                                2200 Pennsylvania Avenue NW
                                                Suite 500 West
                                                Washington, DC 20037
                                                Telephone: 202.639.6554
                                                Email: jfleischer@velaw.com

                                                *Counsel for TotalEnergies Gas & Power North America, Inc., Aaron Hall, and Therese Tran*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing notice was served on all counsel of record via electronic filing on February 3, 2023.

*/s/Jason J. Fleischer*

Jason J. Fleischer