**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc.; Aaron Hall; and Therese Tran,<br><br>     Plaintiffs,<br><br> v.<br><br>Federal Energy Regulatory Commission; Chairman Richard Glick; Commissioner James Danly; Commissioner Allison Clements; Commissioner Mark C. Christie; Commissioner Willie L. Phillips; and Acting Chief Administrative Law Judge Andrew Satten, in their official capacities,<br><br>     Defendants. | No. 4:22-cv-4318<br><br>Hon. Lynn N. Hughes |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

  The undersigned attorney for plaintiffs, TotalEnergies Gas & Power North America, Inc., Aaron Hall, and Therese Tran, previously affiliated with the law firm of Gibson, Dunn & Crutcher LLP, files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly. The new firm name and address for Jeffrey M. Jakubiak is as follows:

  Jeffrey M. Jakubiak
  D.C. Bar No. 461178
  New York Bar No. 2877827
  Vinson & Elkins LLP
  1114 Avenue of the Americas
  32nd Floor
  New York, NY 10036
  Tel: 212.237.0082
  jjakubiak@velaw.com

1

Dated: February 3, 2023

Respectfully submitted,

**VINSON & ELKINS LLP**

<u>/s/ Jeffrey M. Jakubiak</u>

Jeffrey M. Jakubiak
D.C. Bar No. 461178
New York Bar No. 2877827
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel: 212.237.0082
Email: jjakubiak@velaw.com

*Counsel for TotalEnergies Gas & Power North America, Inc., Aaron Hall, and Therese Tran*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was served on all counsel of record via electronic filing on February 3, 2023.

*/s/Jeffrey M. Jakubiak*

Jeffrey M. Jakubiak

US 9598275v.1