IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOTALENERGIES GAS & POWER NORTH AMERICA, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, et al., <br><br> *Defendants*. | Case No. 4:22-cv-4318 <br><br> Hon. Lynn N. Hughes |

**DECLARATION OF KIMBERLY D. BOSE**

I, Kimberly D. Bose, hereby declare as follows:

1. I am the Secretary of the Federal Energy Regulatory Commission and lead the Office of the Secretary. In this role, I lead the Office of the Secretary in serving as the official portal through which the Commission records all legal filings, notices of legal filings and proceedings related to Commission actions, and all official actions of the Commission. As the office-head, I lead the office in recording and preserving the minutes of all official actions taken by vote of the members of the Commission pursuant to the Government in the Sunshine Act, 5 U.S.C. § 552b. In addition, pursuant to 18 C.F.R. § 3c.2(b), I have the exclusive responsibility and authority for authorizing the initial public release of information concerning Commission proceedings, unless the Commission directs that information should be divulged at a particular time. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. On December 14, 2022, the Chairman of the Commission called for a vote on whether the Commission would ratify the appointments of the Commission's 12 Administrative Law Judges, and thereby approve the appointments as the Commission's own under the Constitution. The Chairman directed that this vote would be conducted via email, directing those concurrences be emailed and recorded by the Office of the Secretary, no later than December 28, 2022.

3. By December 28, 2022, a majority of the Commission voted in the affirmative.

4. On December 30, 2022, I directed the Office of the Secretary to record this vote and the Commission's action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed: February 6, 2023            _____

                                                            Kimberly D. Bose
                                                            Secretary of the Commission