AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc.; et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-cv-4318 |
| Federal Energy Regulatory Commission,; et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Total Energies Gas & Powser North America, Inc; Aaron Hall; and Therese Tran  .

Date:  02/14/2023

/s/ Patrick W. Mizell
*Attorney's signature*

Patrick W. Mizell, 36390
*Printed name and bar number*
Vinson & Elkins LLP
845 Texas Avenue, Suite 4700
Houston, Texas  77002

*Address*

pmizell@velaw.com
*E-mail address*

(713) 758-2932
*Telephone number*

(713) 615-5912
*FAX number*