**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TotalEnergies Gas & Power North America, Inc., et al. | § § | |
| *versus* | § § | Case Number: 4:22−cv−04318 |
| Federal Energy Regulatory Commission, et al. | § § | |

# Notice of Reassignment

      Pursuant to General Order No. 2023−3, this case is reassigned to the docket of United States District Judge Drew B Tipton. Deadlines in scheduling orders remain in effect.

Date: February 13, 2023

Nathan Ochsner, Clerk