# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

TotalEnergies Gas & Power North
America, Inc., et al.

v.                                                  Case Number: 4:22−cv−04318

Federal Energy Regulatory Commission,
et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose), +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/6/2023

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Preliminary Injunction − #23

Date:   February 27, 2023                                           Nathan Ochsner, Clerk