United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TOTALENERGIES GAS & POWER NORTH AMERICA, INC., et al.**, *Plaintiffs*, v. **FEDERAL ENERGY REGULATORY COMMISSION, et al.**, *Defendants*. | Case No. 4:22-cv-4318 |

### ORDER

On March 6, 2023, the Court held a hearing on Plaintiffs' motion for a preliminary injunction, ECF No. 23. The Court determined that in light of the Supreme Court's consideration of *SEC v. Cochran*, No. 21-1239, and *Axon Enterprise, Inc. v. FTC*, No. 21-86, and to conserve judicial and party resources, it is appropriate to stay proceedings in this case and, despite Defendants' jurisdictional and justiciability objections, *see generally* ECF No. 37, all the administrative proceedings in Docket No. IN12-17 before the Federal Energy Regulatory Commission, *see* Minute Order (Mar. 6, 2023). Accordingly, this case is STAYED pending the Supreme Court's resolution of *Cochran* and *Axon* and is ADMINISTRATIVELY CLOSED without prejudice to it being reopened upon a motion by any party or to enter a judgment. Further, the FERC proceeding is STAYED under 5

U.S.C. § 705 without prejudice to it being reopened upon a motion by any party.

    IT IS SO ORDERED.

DATE: March  10 , 2023

*Drew B. Tipton*
Drew B. Tipton
United States District Judge