IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc.; Aaron Hall; and Therese Tran,<br><br>   Plaintiffs,<br><br> v.<br><br>Federal Energy Regulatory Commission; Chairman Richard Glick; Commissioner James Danly; Commissioner Allison Clements; Commissioner Mark C. Christie; Commissioner Willie L. Phillips; and Acting Chief Administrative Law Judge Andrew Satten, in their official capacities,<br><br>   Defendants. | No. 4:22-cv-4318<br><br>Hon. Drew B. Tipton |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

 PLEASE TAKE NOTICE that attorneys Jonathan C. Bond, Collin J. Cox, and Vladimir J. Semendyai of Gibson, Dunn & Crutcher LLP, none of whom are designated as "attorney-in charge," hereby withdraw their appearances as counsel for Plaintiffs TotalEnergies Gas & Power North America, Inc., Aaron Hall, and Therese Tran (collectively, Plaintiffs). Plaintiffs will continue to be represented by the other attorneys who have appeared in this case on their behalf.

 PLEASE TAKE FURTHER NOTICE that the undersigned hereby request that all future service of notices and pleadings in this case, electronically or otherwise, be discontinued to them as of the date hereof, and further request that they be removed from the electronic (ECF) service list as counsel for Plaintiffs.

Dated:  April 19, 2023

Respectfully submitted,

 /s/ *Jonathan C. Bond*
Jonathan C. Bond*
  (D.C. Bar No. 1003728)
  jbond@gibsondunn.com

 /s/ *Vladimir J. Semendyai*
Vladimir J. Semendyai*
  (D.C. Bar No. 1044217)
  vsemendyai@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

 /s/ *Collin J. Cox*
Collin J. Cox
  (Texas Bar No. 24031977)
  ccox@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX  77002
Telephone:  (346) 718-6600
Facsimile:  (346) 718-6620

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of April 2023, I caused the foregoing document to be filed electronically through the Court's CM/ECF system, causing it to be served on all counsel of record.

                                        /s/ *Jonathan C. Bond*
                                        Jonathan C. Bond