United States District Court
Southern District of Texas
**ENTERED**
May 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TOTALENERGIES GAS & POWER NORTH AMERICA, INC., et al.,** *Plaintiffs*, v. **FEDERAL ENERGY REGULATORY COMMISSION, et al.,** *Defendants*. | Case No. 4:22-cv-4318 |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Submit Supplemental Briefing. For good cause shown, Defendants' Motion is GRANTED. The parties shall submit supplemental briefs addressing the impact of the Supreme Court's decision in *Axon Enterprise, Inc. v. Federal Trade Commission*, 598 U.S. 175 (2023), on the pending motion for preliminary injunction, and of any action the Supreme Court takes on the petition for a writ of certiorari in *SEC v. Jarkesy*, No. 22-859, on the litigation of this case. Opening supplemental briefs of no more than 15 pages per side are due no later than 14 days after the Supreme Court's order addressing the merits of the *Jarkesy* petition or July 17, 2023, whichever is earlier. Reply briefs of no more than 10 pages per side are due 10 days after the due date for the opening supplemental briefs.

IT IS SO ORDERED.

DATE: May __24__, 2023

_____
Drew B. Tipton
United States District Judge