Case 4:22-cv-04318   Document 59   Filed on 07/07/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc., et al., <br><br> Plaintiffs, <br><br> *v.* <br><br> Federal Energy Regulatory Commission et al., <br><br> Defendants. | Case No. 4:22-cv-4318 <br><br> Hon. Drew B. Tipton |

# ORDER

Pending before the Court is Defendants' Motion for Clarification or, in the Alternative, to Lift the Stay for Limited Purpose. (Dkt. 56). Plaintiff's response is due July 7, 2023. LOCAL RULE 7.3. The parties have informed the Court that they are engaged in discussions to potentially avoid the need for an opposed motion. As permitted by the Court's Procedures, R. 15(e), the parties have reached agreement on a seven-day extension of the deadline for Plaintiffs to file any response to Defendants' Motion, to and including July 14, 2023. Because granting this relief will not disturb other deadlines set by the Court, the Court ORDERS that Plaintiffs' response, if any, to Defendants' Motion, be filed no later than July 14, 2023.

IT IS SO ORDERED.

DATE: July _7_, 2023

_Drew B Tipton_
Drew B. Tipton
United States District Judge