UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOTALENERGIES GAS & POWER NORTH AMERICA, INC., AARON HALL, and THERESE TRAN, §§§§§§ Plaintiffs, §§ v. §§ FEDERAL ENERGY REGULATORY COMMISSION, CHAIRMAN RICHARD GLICK, in his official capacity, COMMISSIONER JAMES DANLY, in his official capacity, COMMISSIONER ALLISON CLEMENTS, in his official capacity, COMMISSIONER MARK C. CHRISTIE, in his official capacity, COMMISSIONER WILLIE L. PHILLIPS, in his official capacity, and ACTING CHIEF ADMINISTRATIVE LAW JUDGE ANDREW SATTEN, in his official capacity, §§§§§§§§§§§§§§§§§ Defendants. § | Civil Action No. 4:22-cv-04318 |

## ORDER

Pending before the Court is Defendants' Motion to Lift Stay to Decide Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 66). The Court has considered the Motion, all Responses and Replies, the record and applicable law. After consideration, the Court **DENIES** the Motion.

Accordingly, this case remains **STAYED** pending resolution of *Securities and Exchange Commission v. Jarkesy*, No. 22-859, in the Supreme Court of the United States, and remains **ADMINISTRATIVELY CLOSED** without prejudice to it being reopened upon

a motion by any party or to enter judgment. Further, the related FERC proceeding shall remain **STAYED** under 5 U.S.C. § 705 without prejudice to it being reopened upon a motion by any party.

    It is SO ORDERED.

    Signed on October 19, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**
