# Vinson&Elkins

Bill Scherman  wscherman@velaw.com
**Tel** +1.202.639.6550  **Fax** +1.202.879.8950

July 12, 2024

**VIA ELECTRONIC FILING**

The Honorable Drew B. Tipton
U.S. District Court for the Southern District of Texas
515 Rusk Street, Room 8613
Houston, Texas 77002

Re: *TotalEnergies Gas & Power North America, Inc., et al. v. Federal Energy Regulatory Commission, et al.*, No. 4:22-cv-04318

Dear Judge Tipton:

On October 19, 2023, this Court stayed the above-captioned case "pending resolution of *Securities and Exchange Commission v. Jarkesy*, No. 22-859, in the Supreme Court of the United States" and "administratively closed" it "without prejudice to it being reopened upon a motion by any party or to enter judgment." *See* Dkt. 77 (Order).

We write on behalf of Plaintiffs to inform the Court that, on June 27, 2024, the United States Supreme Court issued its decision in *Securities and Exchange Commission v. Jarkesy*, No. 22-859, __ S.Ct. __, 2024 WL 3187811 (2024) ("*Jarkesy*"). The Supreme Court affirmed the Fifth Circuit's ruling on the Seventh Amendment, holding that "[a] defendant facing a fraud suit has the right to be tried by a jury of his peers before a neutral adjudicator" rather than through an in-house agency proceeding. *Jarkesy*, Slip Op. at 27. Further, where, as here, the agency seeks civil penalties, "the remedy is all but dispositive." *Id.*, Slip Op. at 9. The Supreme Court did not reach or disturb the Fifth Circuit's judgment with respect to the separate issues of nondelegation or administrative law judge removal. *Id.*, Slip Op. at 7.

The dissent emphasized that *Jarkesy*'s Seventh Amendment holding will apply to "more than two dozen agencies" including "the Federal Energy Regulatory Commission"—the defendant in this proceeding. *Jarkesy* Dissent, Slip Op. at 34-35.

Respectfully,

Bill Scherman

*Attorney for Plaintiffs TGPNA, Aaron Hall and Therese Tran*

Cc: All counsel by ECF

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
**Tel** +1.202.639.6500  **Fax** +1.202.639.6604  velaw.com