# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Federal Energy Regulatory Commission, *et al.*, <br><br> Defendants. | No. 4:22-cv-4318 <br><br> Judge Drew B. Tipton |

## JOINT STATUS REPORT

Pursuant to this Court's order of July 15, 2024 ("Order"), the Parties have conferred and provide this joint status report:

On June 27, 2024, the Supreme Court issued a merits decision in *Securities and Exchange Commission v. Jarkesy*, No. 22-859 ("*Jarkesy*").

Defendants hereby request that this Court continue the above-captioned case for an additional 60 days, and direct the parties to file a further status report at the conclusion of that time. Defendants seek this additional time to allow Defendant the Federal Energy Regulatory Commission ("Commission") additional time to consider the potential implications of *Jarkesy* with respect to currently pending and future agency actions and assess that decision's impact on the scope of the administrative proceedings at issue in this case. On the understanding that this Court's existing 5 U.S.C. § 705 stay of agency proceedings would remain in place during this period, Plaintiffs do not oppose Defendants' request.

1

The parties have further agreed that they will confer again no later than 45 days after the date of this status report, for Defendants to provide Plaintiffs with an update on the Commission's position regarding *Jarkesy*. At the conclusion of the proposed 60-day continuance period, Plaintiffs reserve the right to request that the Court proceed to rule on the pending motion for a preliminary injunction.

Dated: July 22, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
   General

ALAMDAR HAMDANI
United States Attorney

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Christopher A. Eiswerth
Christopher A. Eiswerth* (D.C. Bar No. 1029490)
Attorney-in-Charge
Cassandra Snyder*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0568
Fax: (202) 616-8460
christopher.a.eiswerth@usdoj.gov

Jimmy A. Rodriguez (Texas Bar No. 24037378)
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Tel: (713) 567-9532

 /s/ Patrick W. Mizell
    *(by permission)*
Patrick W. Mizell
   (Texas Bar No. 14233980)
   pmizell@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone:  (713) 758-2932
Facsimile:   (713) 615-5912

William S. Scherman* (D.C. Bar No. 384860)
   *attorney-in-charge*
   wscherman@velaw.com
Jason J. Fleischer*
   (D.C. Bar No. 978810)
   jfleischer@velaw.com
Jeremy C. Marwell*
   (D.C. Bar No. 1000299)
   jmarwell@velaw.com
Matthew X. Etchemendy*
   (D.C. Bar No. 1500534)
   metchemendy@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
   Telephone:  (202) 639-6500
   Facsimile:   (202) 639-6604

Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

*Counsel for Defendants*

Jeffrey M. Jakubiak* (N.Y. Bar No. 2877827)
jjakubiak@velaw.com
VINSON & ELKINS LLP
1114 Avenue of the Americas 32nd Floor
New York, NY 10036 Telephone: (212) 237-0082
Facsimile: (212) 237-0100

* admitted *pro hac vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I caused the foregoing document to be filed with the Clerk of the U.S. District Court for the Southern District of Texas via the Court's CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

Dated: July 22, 2024         Respectfully submitted,

                /s/ *Christopher A. Eiswerth*
                Christopher A. Eiswerth
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20005
                Tel: (202) 305-0568
                christopher.a.eiswerth@usdoj.gov

                *Attorney for Defendants*