# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TotalEnergies Gas & Power North America, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Federal Energy Regulatory Commission, *et al.*, <br><br> Defendants. | No. 4:22-cv-4318 <br><br> Judge Drew B. Tipton |

## JOINT STATUS REPORT

Pursuant to this Court's order of July 23, 2024, the Parties have conferred and provide this joint status report:

Yesterday evening, Defendant the Federal Energy Regulatory Commission ("Commission") issued an order in the docket for the administrative proceedings at issue in this case. *See* Order Terminating Hearing and Holding Proceeding in Abeyance, *Total Gas & Power N. Am., Inc.*, 188 FERC ¶ 61,197 (2024) (the "September 19 Order"). For the convenience of the Court and for informational purposes only, a copy of the September 19 Order is attached as Exhibit A hereto.

The Parties are engaged in an ongoing meet-and-confer process regarding what the September 19 Order may mean for this litigation on a going-forward basis. Because those discussions remain ongoing, the Parties have agreed to file a further joint status report updating the Court on the status of this proceeding and their

respective positions regarding prospective next steps in light of the September 19 Order, no later than October 4, 2024.

To that end, the Parties respectfully request that the Court direct the Parties to file an additional status report no later than October 4, 2024.

Dated: September 20, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
  General

ALAMDAR HAMDANI
United States Attorney

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Christopher A. Eiswerth
    (by permission)

Christopher A. Eiswerth* (D.C. Bar No.
  1029490)
Attorney-in-Charge
Cassandra Snyder*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0568
Fax: (202) 616-8460
christopher.a.eiswerth@usdoj.gov

Respectfully submitted,

/s/ Patrick W. Mizell

Patrick W. Mizell
  (Texas Bar No. 14233980)
  pmizell@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2932
Facsimile: (713) 615-5912

William S. Scherman* (D.C. Bar No.
  384860)
  *attorney-in-charge*
  wscherman@velaw.com
Jason J. Fleischer*
  (D.C. Bar No. 978810)
  jfleischer@velaw.com
Jeremy C. Marwell*
  (D.C. Bar No. 1000299)
  jmarwell@velaw.com
Matthew X. Etchemendy*
  (D.C. Bar No. 1500534)
  metchemendy@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604

| | |
|---|---|
| Jimmy A. Rodriguez (Texas Bar No. 24037378)<br>Assistant United States Attorney<br>1000 Louisiana, Suite 2300<br>Houston, TX 77002<br>Tel: (713) 567-9532<br>Fax: (713) 718-3303<br>jimmy.rodriguez2@usdoj.gov<br><br>*Counsel for Defendants* | Jeffrey M. Jakubiak* (N.Y. Bar No. 2877827)<br>jjakubiak@velaw.com<br>VINSON & ELKINS LLP<br>1114 Avenue of the Americas 32nd Floor<br>New York, NY 10036<br>Telephone:  (212) 237-0082<br>Facsimile: (212) 237-0100<br><br>* admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs* |