# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **TOTALENERGIES GAS & POWER NORTH AMERICA, INC., et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **FEDERAL ENERGY REGULATORY COMMISSION, et al.**, <br><br> *Defendants*. | Case No. 4:22-cv-4318 <br><br> Hon. Drew B. Tipton |

### Joint Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' Settlement Agreement and Release executed on December 17, 2024, Plaintiffs TotalEnergies Gas & Power North America, Inc., Aaron Hall, and Therese Tran and Defendants Federal Energy Commission, FERC's Commissioners, and FERC's Chief Administrative Law Judge, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: January 28, 2025

Respectfully submitted,

/s/ *Patrick W. Mizell*

BRETT A. SHUMATE
Acting Assistant Attorney General

ALAMDAR HAMDANI
United States Attorney

*/s/ Cassandra M. Snyder*
Cassandra M. Snyder* (D.C. Bar No. 1671667)
 *attorney-in-charge*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Patrick W. Mizell
 (Texas Bar No. 14233980)
 pmizell@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2932
Facsimile:    (713) 615-5912

William S. Scherman* (D.C. Bar No. 384860)
 *attorney-in-charge*
 wscherman@velaw.com
Jason J. Fleischer*
 (D.C. Bar No. 978810)

Washington, DC 20005
Tel: (202) 202-451-7729
Fax: (202) 616-8460
Cassandra.M.Snyder@usdoj.gov

Jimmy A. Rodriguez (Texas Bar No. 24037378)
Assistant United States Attorney 1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9532
jimmy.rodriguez2@usdoj.gov

\* admitted *pro hac vice*
*Counsel for Defendants*

jfleischer@velaw.com
Jeremy C. Marwell\*
 (D.C. Bar No. 1000299)
 jmarwell@velaw.com
Matthew X. Etchemendy\*
 (D.C. Bar No. 1500534)
 metchemendy@velaw.com
 VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
  Telephone:   (202) 639-6500
  Facsimile:   (202) 639-6604

Jeffrey M. Jakubiak\* (N.Y. Bar No. 2877827)
 jjakubiak@velaw.com
 VINSON & ELKINS LLP
1114 Avenue of the Americas 32nd Floor
New York, NY 10036 Telephone: (212) 237-0082
Facsimile:   (212) 237-0100

\* admitted *pro hac vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025 a true and correct copy of the foregoing document was served on all counsel of record for appearing parties via the Court's CM/ECF system.

*/s/ Patrick W. Mizell*
Patrick W. Mizell